UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 05 B 58685
   RONALD C HEATLEY
                                         CHAPTER 13

                                         JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-4893
```

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 10/15/05 and confirmed on 01/26/06.

   2. The plan is paid in full.

   3. The Debtor paid a total of $   7937.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRANSPORTATION INVESTMEN | SECURED | 3300.00 | 315.81 | 3300.00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1418.95 | .00 | 1418.95 |
| EARTHLINK INC | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| TRANSPORTATION INVESTMEN | UNSECURED | 76.52 | .00 | 76.52 |
| CAPITAL ONE BANK | UNSECURED | 625.46 | .00 | 625.46 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 493.64 | .00 | 493.64 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3300.00 | .00 | 2614.57 | .00 | 5914.57 |
| PRINCIPAL PAID | 3300.00 | .00 | 2614.57 | .00 | 5914.57 |
| INTEREST PAID | 315.81 | .00 | .00 | .00 | 315.81 |
| TOTAL PAID | 3615.81 | .00 | 2614.57 | .00 | 6230.38 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00 and was paid $   790.00   direct and $   1410.00   through the plan.

The Trustee received $   293.52 .

Refunds to the Debtor totaled $   3.10 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/15/07                      /s/
                                        GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 58685 RONALD C HEATLEY